IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0457

_____

IN THE MATTER OF:

X.G., A.G., and K.G.,                                    O R D E R

        Youths in Need of Care.


_____


       Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

       The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2022